■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROMAN KEVILLY, Appellant. [704 NYS2d 489] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 6, 1998 (*People v Kevilly*, 249 AD2d 328), affirming a judgment of the County Court, Nassau County, rendered December 17, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., Ritter, Sullivan and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO LABOY, Appellant. [703 NYS2d 726] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 31, 1994 (*People v LaBoy*, 208 AD2d 954), affirming a judgment of the Supreme Court, Kings County, rendered November 26, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes*, 463 US 745). Mangano, P. J., O'Brien, Santucci and Altman, JJ., concur.